

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>NORMAN CLUKE,<br><br>    Defendant. | CASE NO. 18 CR 2490-GPC<br><br>**ORDER THAT THE BUREAU OF PRISONS PRODUCE MR. CLUKE'S MEDICAL RECORDS TO HIS ATTORNEY** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Metropolitan Correctional Center and the Bureau of Prisons produce all medical records within the care, custody, or control of the Bureau of Prisons and the San Diego Metropolitan Correctional Center for inmate Norman Eugene Cluke 69976-298 to Mr. Cluke's attorney: Knut S. Johnson, 550 West C Street, Suite 790 San Diego, California 92101 (610)232-7080 knut@knutjohnson.com.

Dated: 10/19/18

HON. GONZALO P. CURIEL
UNITED STATES DISTRICT COURT
JUDGE

- 18 CR 2490-GPC